IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01463-JLK**

**PINE RIVER IRRIGATION DISTRICT, a subdivision of the State of Colorado,**

   Plaintiff,

v.

**UNITED STATES OF AMERICA and**
**UNITED STATES FOREST SERVICE,**

   Defendants,

**UNITED STATES OF AMERICA**

   Counterclaimant,

v.

**PINE RIVER IRRIGATION DISTRICT, a subdivision of the State of Colorado,**

   Counterclaim-Defendant.

**UNITED STATES OF AMERICA**

   Cross-claimant,

v.

**JAMES W. KIRKPATRICK,**
**LILLIE HOLMES,**
**ELLA E. MULL,**
**JOHN F. KIRKPATRICK and**
**ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION.**

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Stipulated Motion to Dismiss Plaintiff's Second Claim for Relief With Prejudice

(doc. #19), filed August 8, 2005, is **GRANTED.**  Plaintiff's second claim for relief is **DISMISSED WITH PREJUDICE.**

---

Dated:  August 8, 2005