IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01463-JLK**

**PINE RIVER IRRIGATION DISTRICT, a subdivision of the State of Colorado,**

Plaintiff,

v.

**UNITED STATES OF AMERICA and
UNITED STATES FOREST SERVICE,**

Defendants,

**UNITED STATES OF AMERICA**

Counterclaimant,

v.

**PINE RIVER IRRIGATION DISTRICT, a subdivision of the State of Colorado,**

Counterclaim-Defendant.

**UNITED STATES OF AMERICA**

Cross-claimant,

v.

**JAMES W. KIRKPATRICK,
LILLIE HOLMES,
ELLA E. MULL,
JOHN F. KIRKPATRICK and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE
SUBJECT MATTER OF THIS ACTION.**

_____

**MINUTE ORDER**
_____

Judge John L. Kane **ORDERS**

The Joint Motion Regarding Case Deadlines Set at Pretrial Conference (doc. #35), filed May 8, 2006 is **GRANTED.**  The case deadlines are clarified as follows:

(a) trial exhibits and any stipulations must be filed on or before July 1, 2006;

(b) the United States' opening brief on legal issues relating to the historical record of documents must be filed on or before August 1, 2006;

(c) plaintiff's response brief must be filed on or before September 11, 2006;

(d) the United States' reply brief must be filed on or before September 29, 2006.

---

Dated:  May 8, 2006